ACCEPTED
04-15-00350-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
11/17/2015 11:10:38 AM
KEITH HOTTLE
CLERK

No. 04-15-00350-CV

IN THE COURT OF APPEALS FOR THE
FOURTH COURT OF APPEALS DISTRICT
SAN ANTONIO, TEXAS
_____

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

11/17/2015 11:10:38 AM

KEITH E. HOTTLE
Clerk

JACK RETTIG,
APPELLANT,

V.

RONALD E. BRUNO; CHRISTOPHER GARCIA; SERGIO LOPEZ; PATRICK G.
MENDOZA; TROY J. WILLIAMS,
APPELLEES.
_____

## NOTICE OF BANKRUPTCY

Lance H. "Luke" Beshara
Texas State Bar No. 24045492
lbeshara@pulmanlaw.com
Leslie Sara Hyman
Texas State Bar No. 00798274
lhyman@pulmanlaw.com
Brandon L. Grubbs
Texas State Bar No. 24072130
bgrubbs@pulmanlaw.com
PULMAN, CAPPUCCIO,
PULLEN, BENSON & JONES, LLP
2161 N.W. Military Hwy., Suite 400
San Antonio, Texas 78213
(210) 222-9494 Telephone
(210) 892-1610 Facsimile
ATTORNEYS FOR APPELLEE PATRICK G. MENDOZA

TO THE HONORABLE JUSTICES OF THE FOURTH COURT OF APPEALS:

Now comes Appellee Patrick G. Mendoza ("**Mendoza**") and files this Notice of Bankruptcy, and in support thereof would respectfully show the Court as follows:

The bankrupt party's name is Patrick G. Mendoza.

The court in which the bankruptcy proceeding is pending is the United States Bankruptcy Court for the Western District of Texas, San Antonio Division. The case has been assigned to the Hon. Judge Craig A. Gargotta.

The bankruptcy case is styled and numbered *In re Patrick G. Mendoza and Gloria C. Mendoza*; Case No. 15-52801-cag.

The bankruptcy case was filed on November 16, 2015.

A copy of the docket sheet and petition is attached as proof of the bankruptcy.

Respectfully submitted,

**PULMAN, CAPPUCCIO,**
 **PULLEN, BENSON & JONES, LLP**
300 Burnett Street, Suite 150
Fort Worth, Texas  76102
(817) 289-9494 Telephone
(817) 870-9852 Facsimile

By:_/s/ **Lance H. "Luke" Beshara**____
 Lance H. "Luke" Beshara
 Texas State Bar No. 24045492
 lbeshara@pulmanlaw.com
 Leslie Sara Hyman
 Texas State Bar No. 00798274
 lhyman@pulmanlaw.com
 Brandon L. Grubbs
 Texas State Bar No. 24072130
 bgrubbs@pulmanlaw.com
 **ATTORNEYS FOR PATRICK G. MENDOZA**

## CERTIFICATE OF SERVICE

I certify that on the 17th day of November, 2015, the foregoing document was e-filed with the Clerk of the Fourth Court of Appeals and was served by mail or by email or e-service as indicated below, upon the following:

*Via Email or E-File Service*:
Audrey Mullert Vicknair
LAW OFFICE OF AUDREY MULLERT VICKNAIR
802 N. Carancahua, Suite 1350
Corpus Christi, Texas 78401-0022

*Via Email or E-File Service*:
C.M. "Skip" Henkel III
FRITZ, BYRNE, HEAD & FITZPATRICK, PLLC
500 N. Shoreline, Suite 901
Corpus Christi, Texas 78401

*Via Email or E-File Service*:
Jana K. Terry
BECKSTEAD TERRY, PLLC
9442 N. Capital of Texas Highway
Arboretum Plaza One, Suite 500
Austin, Texas 78759

*Via Email or E-File Service*:
Carlos Evaristo Flores
PERSON, WHITWORTH, BORCHERS & MORALES, LLP
602 E. Calton Road, 2nd Floor
P.O. Drawer 6668
Laredo, Texas 78042-6668

*Via USPS Mail*:
Ronald E. Bruno
2838 Woodside Street
Dallas, Texas 75204

***Via Email or E-File Service***:
Darrell W. Cook
DARRELL W. COOK & ASSOCIATES, P.C.
One Meadows Building
5005 Greenville Ave., Ste. 200
Dallas, Texas 75206

***Via Email or E-File Service***:
Ralph R. Perez
THE CAVADA LAW OFFICE
4646 Corona Street, Suite 165
Corpus Christi, Texas 78411

                                  ***/s/ Lance H. "Luke" Beshara***
                                  Lance H. "Luke" Beshara

**DEBTED, CREDCOUNJT, CREDCOUN, DEBTEDJT**

# U.S. Bankruptcy Court
## Western District of Texas (San Antonio)
## Bankruptcy Petition #: 15-52801-cag

*Date filed:* 11/16/2015
*341 meeting:* 12/15/2015
*Deadline for objecting to discharge:* 02/16/2016

*Assigned to:* Judge Craig A. Gargotta
Chapter 7
Voluntary
Asset

| | |
|---|---|
| *Debtor* | represented by **Ralph R. Perez** |
| **Patrick Mendoza, G** | The Cavada Law Office |
| 7534 Steeple Dr. | 4646 Corona, Ste. 165 |
| San Antonio, TX 78256 | Corpus Christi, TX 78411 |
| BEXAR-TX | (361) 814-6500 |
| SSN / ITIN: xxx-xx-0559 | Fax : (361) 814-8618 |
| | Email: ralph.perez@cavadalawoffice.com |

| | |
|---|---|
| *Debtor* | represented by **Ralph R. Perez** |
| **Gloria C. Mendoza** | (See above for address) |
| 7534 Steeple Dr. | |
| San Antonio, TX 78256 | |
| BEXAR-TX | |
| SSN / ITIN: xxx-xx-4403 | |

*Trustee*
**Randolph N Osherow**
342 W Woodlawn, Suite 100
San Antonio, TX 78212
(210) 738-3001

| Filing Date | # | Docket Text |
|---|---|---|
| 11/16/2015 | [1](#) (7 pgs) | Voluntary Petition under Chapter 7 Without Schedules, Without Statements, (Filing Fee: $ 335) Filed By Patrick Mendoza G, Gloria C. Mendoza. -Declaration for Electronic Filing due by 11/23/2015 (Perez, Ralph) |
| | [2](#) (2 pgs) | Meeting of Creditors & Notice of Appointment of Interim Trustee Randolph N Osherow, added to the case. with 341(a) meeting to be held on 12/15/2015 at 11:00 AM at San Antonio Room 333. |

| 11/17/2015 | Objections for Discharge due by 02/16/2016. (Admin, ) |
| --- | --- |

| **PACER Service Center** | | | |
| --- | --- | --- | --- |
| **Transaction Receipt** | | | |
| 11/17/2015 10:52:48 | | | |
| **PACER Login:** | fl0508:2792575:0 | **Client Code:** | Mendoza/Rettig |
| **Description:** | Docket Report | **Search Criteria:** | 15-52801-cag Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Headers: included Format: html Page counts for documents: included |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

**B1 (Official Form 1) (04/13)**

| United States Bankruptcy Court<br>**WESTERN DISTRICT OF TEXAS**<br>**SAN ANTONIO DIVISION** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Mendoza, Patrick G.** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Mendoza, Gloria C.** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **xxx-xx-0559** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **xxx-xx-4403** |
| Street Address of Debtor (No. and Street, City, and State):<br>**7534 Steeple Dr.**<br>**San Antonio, TX**<br>ZIP CODE **78256** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**7534 Steeple Dr.**<br>**San Antonio, TX**<br>ZIP CODE **78256** |
| County of Residence or of the Principal Place of Business:<br>**Bexar** | County of Residence or of the Principal Place of Business:<br>**Bexar** |
| Mailing Address of Debtor (if different from street address):<br>**7534 Steeple Dr.**<br>**San Antonio, TX**<br>ZIP CODE **78256** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- ☑ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)

- ☑ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable.)

- ☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box.)

- ☑ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- ☐ Debts are primarily business debts.

**Filing Fee** (Check one box.)

- ☑ Full Filing Fee attached.
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Check one box:          Chapter 11 Debtors**

- ☐ Debtor is a small business debtor as defined by 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**

- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years thereafter).

**Check all applicable boxes:**

- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

**Estimated Assets**

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2015 (Build 11.2.8.1, ID 1414500706)*

**B1 (Official Form 1) (04/13)** **Page 2**

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): **Patrick G. Mendoza**<br>**Gloria C. Mendoza** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)

| Location Where Filed:<br>**None** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet.)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | Exhibit B<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>**X** /s/ Adelita Cavada     11/16/2015<br>     **Adelita Cavada**         Date |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☑ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

    ☑ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

**B1 (Official Form 1) (04/13)**                                                                                                      **Page 3**

| Voluntary Petition | Name of Debtor(s):  **Patrick G. Mendoza** |
|---|---|
| *(This page must be completed and filed in every case)* | **Gloria C. Mendoza** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**  **/s/ Patrick G. Mendoza**
    **Patrick G. Mendoza**

**X**  **/s/ Gloria C. Mendoza**
    **Gloria C. Mendoza**

Telephone Number (If not represented by attorney)

**11/16/2015**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

**X**  **/s/ Adelita Cavada**
    **Adelita Cavada**                    Bar No. **24084882**

**Cavada Law Office**
**4646 Corona, Ste. 165**
**Corpus Christi, Texas 78411**

Phone No.**(361) 814-6500**    Fax No.**(361) 814-8618**

11/16/2015
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

**X** _____

_____
Date

Signature of bankruptcy petiton preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

IN RE:  **Patrick G. Mendoza**                                                              CASE NO
          **Gloria C. Mendoza**

                                                                  CHAPTER  **7**

## <u>VERIFICATION OF CREDITOR MATRIX</u>

      The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  11/16/2015                           Signature  **/s/ Patrick G. Mendoza**
                                                                     *Patrick G. Mendoza*

Date  11/16/2015                           Signature  **/s/ Gloria C. Mendoza**
                                                                    *Gloria C. Mendoza*

Agri Accept
PO Box 14535
Des Moines, IA 50306


Amex
Correspondence
PO Box 981540
El Paso, TX 79998


Bby/cbna
Po Box 6497
Sioux Falls, SD 57117


Belfass FSS, LLC
c/o Marc Matthews
One Allen Center
500 Dallas St., Ste. 1300
Houston, Texas 77002

Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130


Citibank / Sears
Citicorp Credit Services/Attn: Centraliz
PO Box 790040
Saint Louis, MO 63179


Compass Bank/BBVA Compass Bk
Attn: Bankruptcy
PO Box 10566
Birmingham, AL 35296


Compass Bank/BBVA Compass Bk
Attn:Bankruptcy
PO Box 10566
Birmingham, AL 35296


Compass Bk
Attn:Bankruptcy
PO Box 10566
Birmingham, AL 35296

Ford Motor Credit
PO Box 62180
Colorado Springs, CO 80962


Green Bank
c/o D. Brent Wells
440 Louisiana, Ste 718
Houston, Texas 77002


IC Systems, Inc
444 Highway 96 East
PO Box 64378
St Paul, MN 55164


Jack Rettig
c/o Audrey Vicknair
802 N. Carancahua, Ste. 1350
Corpus Christi, Texas 78401


Mb Fin Svcs
36455 Corporate Dr
Farmington Hills, MI 48331


National City Mortgage/PNC Mtg
Attn: Bankruptcy Department
3232 Newmark Dr.
Miamisburg, OH 45342


Nationstar Mortgage LLC
Attn: Bankruptcy
350 Highland Dr
Lewisville, TX 75067


Nordstrom/td
Po Box 13589
Scottsdale, AZ 85267


Synchrony Bank/ JC Penneys
Attn: Bankrupty
PO Box 103104
Roswell, GA 30076

```
Synchrony Bank/TJX
Attn: Bankruptcy
PO Box 103104
Roswell, GA 30076


Toyota Motor Credit Co
14100 San Pedro Ave Ste
San Antonio, TX 78232
```

B9A (Official Form 9A) (Chapter 7 Individual or Joint Debtor No Asset Case) (12/12)   Case Number **15–52801–cag**

# UNITED STATES BANKRUPTCY COURT
Western District of Texas

## Order Combined With Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 11/16/15 .

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors –– Do not file this notice in connection with any proof of claim you submit to the court. See Reverse Side For Important Explanations.**

Debtor(s) (name(s)) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Patrick Mendoza G<br>7534 Steeple Dr.<br>San Antonio, TX 78256 | Gloria C. Mendoza<br>7534 Steeple Dr.<br>San Antonio, TX 78256 |
| Case Number:<br>15–52801–cag | Last four digits of Social Security or Individual Taxpayer ID (ITIN) No(s)./Complete EIN:<br>xxx–xx–0559<br>xxx–xx–4403 |
| Attorney for Debtor(s) (name and address):<br>Ralph R. Perez<br>The Cavada Law Office<br>4646 Corona, Ste. 165<br>Corpus Christi, TX 78411<br>Telephone number: (361) 814–6500 | Bankruptcy Trustee Appointed By U.S. Trustee On 11/17/2015 (name and address) :<br>Randolph N Osherow<br>342 W Woodlawn, Suite 100<br>San Antonio, TX 78212<br>Telephone number: (210) 738–3001 |

## Meeting of Creditors:
Date: **December 15, 2015**       Time: **11:00 AM**

Location: **San Antonio Room 333, U.S. Post Office Bldg., 615 E. Houston St., San Antonio, TX 78205**

## Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to Object to Debtor's Discharge *or* to Challenge Dischargeability of Certain Debts:**
2/16/16

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditor with a Foreign Address
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>United States Bankruptcy Court<br>615 E. HOUSTON STREET, ROOM 597<br>SAN ANTONIO, TX 78205<br><br>   Telephone number: (210) 472–6720 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Yvette M. Taylor<br><br>*Yvette M Taylor* |
| Hours Open: Monday – Friday     8:00 AM – 4:00 PM | Date:     11/17/15 |

## EXPLANATIONS

**B9A (Official Form 9A) (12/12)**

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under §707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. At the meeting, the creditors may elect a trustee other than the one named on this notice, examine the debtor, and transact such other business as may properly come before the meeting. The meeting may be continued and concluded at a later date specified in a notice filed with the court. **FAILURE OF THE DEBTOR OR HIS ATTORNEY TO APPEAR AT THE SECTION 341(a) MEETING OR TO TIMELY FILE SCHEDULES AND STATEMENT OF AFFAIRS MAY RESULT IN DISMISSAL, DENIAL OF THE DEBTOR'S DISCHARGE, OR OTHER APPROPRIATE RELIEF.** |
| Reaffirmation Agreements | File all reaffirmation agreements with the Bankruptcy Clerk prior to the Objections to Discharge deadline. Reaffirmation Agreements may be scheduled for hearing. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. *Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint –– or a motion if you assert the discharge should be denied under §727(a)(8) or (a)(9) ––in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. Registered electronic users should file through our *Case Management/Electronic Case Files (CM/ECF)* Internet site (https://ecf.txwb.uscourts.gov/). You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office or via the Internet if you have a *CM/ECF PACER subscription*. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

## –– Refer to Other Side for Important Deadlines and Notices ––